**REDACTED**

**-FILED-**

SEP 28 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:22-CR-57 |
| | ) | Violations: |
| | ) | 18 U.S.C. §§ 922(a)(1)(A), 923(a), |
| | ) | 924(a)(1)(D), and 18 U.S.C. § 2., |
| JACQUALON M. ROYAL | ) | 18 U.S.C. § 922(g)(1), and |
| | ) | 18 U.S.C. §§ 922(x) and 2. |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning on or about April 30, 2021, and continuing through on or about May 22, 2022, in the Northern District of Indiana,

JACQUALON M. ROYAL,

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D), and 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNTS 2-8</u>

Between on or about June 4, 2021, and April 24, 2022, in the Northern District of Indiana,

JACQUALON M. ROYAL,

defendant herein, knowing he had been convicted in a Court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about September 22, 2020, JACQUALON M. ROYAL, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D06-1905-F5-146, of Carrying a Handgun without a License, a level 5 felony;

did knowingly possess a firearm, and the firearm was in and affecting commerce, in the following manner:

COUNT 2, a CZ, model P10 C, SN: F108710;

COUNT 3, a Taurus model G3, SN: ACG043356;

COUNT 4, a Glock, model 19, SN: BNEE611;

COUNT 5, a Springfield Armory model XD, SN AT100317;

COUNT 6, a Smith and Wesson, model SD 40, SN: FDU4106;

COUNT 7, a SAR USA, model SAR9, SN: T1102-21BV77407;

COUNT 8, a Glock, model 20, SN: BWHK242;

All in violation of 18 U.S.C. § 922(g)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 9

On or about January 2, 2022, in the Northern District of Indiana,

JACQUALON M. ROYAL,

defendant herein, did knowingly sell, deliver and transfer a handgun to a person, knowing and having reasonable cause to believe that the person was a juvenile, in that he had not attained eighteen years of age;

All in violation of 18 U.S.C. § 922(x) and 18 U.S.C. § 2.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

   /s/ Stacey R. Speith
By:   Stacey R. Speith
      Assistant United States Attorney